**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rakesh Patel,<br><br>    Plaintiff,<br><br>v.<br><br>Medical Diagnostic Imaging Group Limited, et al.,<br><br>    Defendants. | No. CV-19-04983-PHX-GMS<br><br>**ORDER** |

In light of the filing of Plaintiff's First Amended Complaint (Doc. 50), the Court finds Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment (Doc. 33) moot. Accordingly,

**IT IS ORDERED** finding the Motion to Dismiss (Doc. 33) moot.

Dated this 17th day of December, 2019.

_____
G. Murray Snow
Chief United States District Judge